No. A–253 (80–552). CALIFORNIA MANUFACTURERS ASSN. ET AL. *v.* INDUSTRIAL WELFARE COMMISSION OF CALIFORNIA ET AL.; and

No. A–254 (80–560). SAN JOAQUIN NISEI FARMERS LEAGUE ET AL. *v.* INDUSTRIAL WELFARE COMMISSION OF CALIFORNIA ET AL. Sup. Ct. Cal. The order entered by JUSTICE REHNQUIST on September 26, 1980, staying the issuance of a peremptory writ of mandate is vacated, and applications are denied.

No. A–322. SKEEN ET AL. *v.* HOOPER, SECRETARY OF STATE OF NEW MEXICO. Application for injunction, presented to JUSTICE WHITE, and by him referred to the Court, denied.

No. A–333. WHIG PARTY OF ALABAMA ET AL. *v.* SIEGELMAN, SECRETARY OF STATE OF ALABAMA, ET AL. C. A. 5th Cir. Application for injunction and other relief, presented to JUSTICE BRENNAN, and by him referred to the Court, denied.

No. D–186. IN RE DISBARMENT OF COOPER. Disbarment entered. [For earlier order herein, see 446 U. S. 915.]

No. D–190. IN RE DISBARMENT OF FUSCIELLO. Disbarment entered. [For earlier order herein, see 446 U. S. 915.]

No. D–191. IN RE DISBARMENT OF SCHILPP. Disbarment entered. [For earlier order herein, see 446 U. S. 933.]

No. D–194. IN RE DISBARMENT OF AMOS. Disbarment entered. [For earlier order herein, see 447 U. S. 902.]

No. 79–1388. KIRCHBERG *v.* FEENSTRA ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 446 U. S. 917.] Suggestion of mootness filed by appellees Edwards and Louisiana rejected.

No. 80–83. MUSKIE, SECRETARY OF STATE *v.* AGEE. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 818.] Motion of respondent to expedite denied.